UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KIRK MINER                                                CIVIL ACTION

VERSUS                                                    NO: 15-3382

ST. TAMMANY PARISH JAIL                                   SECTION: R(3)
MEDICAL DEPARTMENT, *ET AL.*

## ORDER

Plaintiff Kirk Miner filed this *pro se* complaint pursuant to 42 U.S.C. § 1983.  Having reviewed *de novo* the complaint,[1] the record, the Magistrate Judge's Report and Recommendation,[2] and plaintiff's objections,[3] the Court approves the Report and Recommendation and adopts it as its opinion.

The Magistrate Judge correctly concluded that two of the defendants named in plaintiff's complaint are not subject to suit under section 1983 and that plaintiff's claims against the remaining defendants are frivolous. Plaintiff does not challenge the precedent cited by the Magistrate Judge or raise any arguments disputing the Magistrate Judge's analysis.  Instead, he reiterates allegations from his complaint and submits what appear to be pages from a

---

[1] R. Doc. 1.

[2] R. Doc. 21.

[3] R. Doc. 22.

manual of policies and procedures for the St. Tammany Parish Jail.[4] These submissions are irrelevant to the findings of fact and conclusions of law that underlie the Magistrate Judge's Report and Recommendation.

Accordingly, plaintiff's section 1983 complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 22nd day of April, 2016.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[4] R. Doc. 14-1.